IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
3:24mc25

IN RE: Prisoner Cases Filed Pursuant to 28 U.S.C. § 2254 (Non-Death Penalty) and Supervision of Pro Se Law Clerks

# ORDER

This case assignment applies to all cases filed by prisoners pursuant to 28 U.S.C. § 2254. With respect to Section 2254 cases, this Order supersedes Order 3:07 MC 061 Doc. 5, dated August 7, 2010.

All prisoner cases filed pursuant to 28 U.S.C. § 2254 (non-death penalty cases) shall be assigned to the Chief Judge. The Chief Judge shall supervise all pro se law clerks until further notice by the court. The Clerk is directed to reassign all such pending matters and assign all future matters to the Chief Judge.

**SO ORDERED** this 28 day of February, 2024.

Martin Reidinger
Chief U.S. District Judge

Frank D. Whitney
U.S. District Judge

Max O. Cogburn, Jr.
U.S. District Judge

Kenneth D. Bell
U.S. District Judge

Graham C. Mullen
Senior U.S. District Judge

Richard L. Voorhees
Senior U.S. District Judge

Robert J. Conrad, Jr.
Senior U.S. District Judge

Case 3:24-mc-00025-MR   Document 1   Filed 02/29/24   Page 1 of 1